FILED

2015 May-27  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AFC Franchising LLC, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 2:15-cv-0502-WMA |
| | } | |
| Sumner Miller, et al., | } | |
| | } | |
| Defendants. | } | |
| | } | |

### MEMORANDUM OPINION

On May 26, 2015, plaintiff AFC Franchising, LLC filed a motion for extension of time to respond to the complaint. (Doc. 6). The said motion requests defendants Sumner Miller and Small Point Medical, LLC be given a 60 day extension from their May 27, 2015 deadline, which would in effect extend defendants' deadline to July 26, 2015. Plaintiff alleges in its complaint that Miller announced in a letter to plaintiff his intention to cease affiliation with plaintiff beginning July 1, 2015 (Doc. 1 at 9), and plaintiff included in its prayer for relief a preliminary injunction request (Doc. 1 at 18). In light of these facts, the motion will by separate order be partially granted whereby defendants are required to respond to the complaint by July 1, 2015.

DONE this 27th day of May, 2015.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE